# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 14-00325 M |
| Olivier Chappuis  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __dft__, IT IS ORDERED that a detention hearing is set for __Thursday__, __2/20/14__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __RALPH ZAREFSKY__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/14/14__     __/s/ Ralph Zarefsky__
U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                              Page 1 of 1